# UNITED STATES DISTRICT COURT
District of Montana
Missoula Division

| | |
|---|---|
| BRANDY M. FINCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, EQUIFAX INFORMATION ) <br> SERVICES, LLC, TRANSUNION, and ) <br> EXPERIAN, ) <br> ) <br> Defendants. ) | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER: CV-06-95-M-JCL |

TO:   Bank of America
      Corporate Headquarters
      100 North Tryon Street
      Charlotte, North Carolina 28255

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY
(name and address)

> David K. W. Wilson, Jr.
> REYNOLDS, MOTL AND SHERWOOD, P.L.L.P.
> 401 North Last Chance Gulch
> Helena, MT 59601

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICK E. DUFFY

CLERK   _(signature)_                                 DATE   JUN 1 4 2006
        (By) DEPUTY CLERK

[Seal of United States District Court, District of Montana, 1890]

# UNITED STATES DISTRICT COURT

District of Montana
Missoula Division

| | |
|---|---|
| BRANDY M. FINCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, EQUIFAX INFORMATION )<br>SERVICES, LLC, TRANSUNION, and )<br>EXPERIAN, )<br>)<br>Defendants. ) | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: CV-06-95-M-JCL |

TO:   Equifax Information Services, LLC
      c/o Corporation Service Company, Registered Agent
      P.O. Box 1691, 26 W. 6th Ave.
      Helena, MT 59601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY
(name and address)

   David K. W. Wilson, Jr.
   REYNOLDS, MOTL AND SHERWOOD, P.L.L.P.
   401 North Last Chance Gulch
   Helena, MT 59601

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICK E. DUFFY

CLERK    _(signature)_                          DATE    JUN 1 4 2006
         (By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
District of Montana
Missoula Division

| | |
|---|---|
| BRANDY M. FINCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, EQUIFAX INFORMATION ) <br> SERVICES, LLC, TRANSUNION, and ) <br> EXPERIAN, ) <br> ) <br> Defendants. ) | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER: CV-06-95-M-JCL |

TO:   Experian
      c/o C T Corporation System, Registered Agent
      P.O. Box 1166, 40 W. Lawrence, Ste. A
      Helena, MT 59601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY
(name and address)

   David K. W. Wilson, Jr.
   REYNOLDS, MOTL AND SHERWOOD, P.L.L.P.
   401 North Last Chance Gulch
   Helena, MT 59601

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICK E. DUFFY

CLERK   _(signature)_                    DATE   JUN 1 4 2006
        (By) DEPUTY CLERK

[SEAL: UNITED STATES DISTRICT COURT, MONTANA, 1890]

# UNITED STATES DISTRICT COURT

District of Montana
Missoula Division

| | |
|---|---|
| BRANDY M. FINCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, EQUIFAX INFORMATION )<br>SERVICES, LLC, TRANSUNION, and )<br>EXPERIAN, )<br>)<br>Defendants. ) | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: CV-06-95-M-JCL |

TO:   Transunion
      c/o Prentice Hall Corporation Systems, Registered Agent
      P.O. Box 1691, 26 W. 6th Ave.
      Helena, MT 59601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY
(name and address)

          David K. W. Wilson, Jr.
          REYNOLDS, MOTL AND SHERWOOD, P.L.L.P.
          401 North Last Chance Gulch
          Helena, MT 59601

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PATRICK E. DUFFY

CLERK    _(signature)_                               DATE   JUN 1 4 2006
         (By) DEPUTY CLERK

[Seal of United States District Court, District of Montana, 1890]