DAVID K.W. WILSON, Jr., Esq.
Reynolds, Motl and Sherwood
401 North Last Chance Gulch
Helena, MT  59601
(406) 442-3261
(406) 443-7294 (Fax)
kwilson@rmslaw.net

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

\* \* \* \* \* \* \* \*

| | |
|---|---|
| BRANDY M. FINCH, | ) |
| | ) Cause No.: CV-06-95-M-JCL |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF** |
| | ) **SETTLEMENT DISCUSSIONS** |
| BANK OF AMERICA, EQUIFAX | ) |
| INFORMATION SERVICES, LLC, | ) **STIPULATED EXTENSION OF** |
| TRANSUNION, and EXPERIAN, | ) **TIME TO FILE ANSWER** |
| | ) |
| Defendants. | ) |

\* \* \* \* \* \* \* \*

COMES NOW Plaintiff, Brandy M. Finch (Ms. Finch), by her counsel, and gives notice to the Court that Plaintiff and Defendant Bank of America are currently in settlement discussions and have reached a tentative settlement.  Defendant Bank of America's deadline to answer the Complaint is August 28, 2006.  In light of the ongoing settlement discussions, Plaintiff agrees to

give Bank of America an extension of 30 days from the current due date to allow the parties to finalize the settlement.

DATED this 25th day of August, 2006.

REYNOLDS, MOTL AND SHERWOOD


By   /s/ David K.W. Wilson, Jr.
     David K.W. Wilson, Jr.
     *Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of August, 2006, a true and correct copy of the foregoing document was faxed and mailed, first-class postage prepaid, addressed as follows:

Vanessa T. Lam
REED SMITH, LLP
355 South Grand Ave., Ste. 2900
Los Angeles, CA  90071-1514
FAX 213-457-8080


By   /s/ David K.W. Wilson, Jr.
     David K.W. Wilson, Jr.